**Order entered September 24, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00710-CR

### TALAL ALI CHAMMOUT, Appellant

### V.

### THE STATE OF TEXAS, Appellee

### On Appeal from the Criminal District Court No. 3
### Dallas County, Texas
### Trial Court Cause No. F-1700181-J

## ORDER

On our own motion, we **ORDER** the official court reporter of Criminal District Court No. 3 of Dallas County, Texas, Kimberly R. Xavier, to prepare a supplemental reporter's record in the above-referenced case, trial court cause number F-1700181-J, containing the following trial exhibits:

(1)   State's Exhibit 59 – DVD – Voluntary Statement (Redacted)

(2)   State's Exhibit 59-A – DVD – Voluntary Statement (Denoted in Master Index as an exhibit admitted for record purposes only).

The court reporter shall file the supplemental reporter's record within five (5) business days from the date of this Order.  We **DIRECT** the clerk of this Court to send copies of this order, by electronic transmission, to Kimberly R. Xavier, official court reporter of Criminal

District Court No. 3, Dallas County, Texas; Felicia Pitre, Dallas District Clerk; the Honorable Gracie Lewis, presiding judge of Criminal District Court No. 3, Dallas County, Texas; and counsel for all parties.

/s/     DAVID L. BRIDGES
           PRESIDING JUSTICE